# Court of Appeals
# of the State of Georgia

ATLANTA, __October 20, 2021__

*The Court of Appeals hereby passes the following order:*

## A22A0041. FREDERIK BUSTAMANTE-HERRERA v. THE STATE.

In 2017, Frederik Bustamante-Herrera pleaded guilty to aggravated sodomy and enticing a child for indecent purposes. In 2021, he filed a pro se motion alleging that his sentence is void. On April 9, 2021, the trial court entered an order denying the motion. On May 6, 2021, Bustamante-Herrera filed a notice of appeal. We lack jurisdiction because the appeal is untimely.

To be timely, a notice of appeal must be filed within 30 days after entry of the order on appeal. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Davis v. State*, 330 Ga. App. 711, 711 (769 SE2d 133) (2015). Here, Bustamante-Herrera's notice of appeal was filed 35 days after entry of the trial court's order. Accordingly, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,__10/20/2021__

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____, *Clerk.*